**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6520**

ROBERT COKER,

                    Plaintiff – Appellant,

          v.

WARDEN  LARRY  POWERS;  SPARTANBURG  COUNTY  DETENTION  CENTER;
OFFICER GREER,

                    Defendants – Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Henry F. Floyd, District Judge.
(4:09-cv-03332-HFF-TER)

Submitted:  September 28, 2010      Decided:  October 5, 2010

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert Coker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Coker seeks to appeal the district court's order adopting the recommendation of the magistrate judge and dismissing Coker's 42 U.S.C. § 1983 (2006) complaint against one of the Defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Coker seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction and deny Coker's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED